

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00414-CV

TERRI LYNN DAVIS, INDIVIDUALLY,                                    APPELLANTS
AND AS LEGAL REPRESENTATIVE OF
THE ESTATE OF MICHAEL L. DAVIS,
DECEASED, M. HEATH DAVIS,
ANDREW DAVIS, AND SYDNEY DAVIS

V.

EDWARDS GEREN LIMITED                                                APPELLEE

------------

FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' proposed agreed order of dismissal, which we construe as a voluntary motion to dismiss the appeal. It is the court's opinion that the appeal should be dismissed; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  June 27, 2013